O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUNCHE, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN, <br><br> Respondent. | Case No. CV 12-9176-JGB (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed by the extended deadline herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:   March 26, 2014

                                                    JESUS G. BERNAL <br>
                                                  UNITED STATES DISTRICT JUDGE