JS-6
Entered

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUNCHE,<br><br>   Petitioner,<br><br> vs.<br><br>WARDEN,<br><br>   Respondent. | Case No. CV 12-9176-JGB (RNB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 26, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE